479 A.2d 1123

Commonwealth v. Scott, Appellant.

Submitted February 24, 1984. Allen E. Hench, for appellant; R. Scott Cramer, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Appeal quashed.